CITED *in Dally* v. *Overseers of Woodbridge,* 1 *Zab.* 493; *State* v. *Overseers of Poor,* 4 *Zab.* 555; *State* v. *Overseers of Poor of South Amboy,* 3 *Vr.* 285.

## ANONYMOUS.

On *Certiorari* to Common Pleas in a case of insolvency.

Matter of practice.

*Mr. J. S. Green* enquiring of the Court, what is the rule as to the hearing of arguments in such cases, was directed by the Court to set it down on the paper.

## DEN WHITENACK v. VOORHEIS.

Matter of Practice.

On motion of Mr. Vroom, for a rule to file in the clerks' office of this Court, an affidavit to which is annexed an original notice, and both of which have been filed in the Somerset Circuit Clerk's office ; and for leave to take said notice from the files of this Court, for the purpose of sending it for proof of service, attached to a commission to take depositions in the State of Ohio.

PER CURIAM.

*Take your rule.*